Howard WALSH, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 688, 2015

Supreme Court of Delaware.

Submitted: December 28, 2015

Decided: March 16, 2016

DISMISSED.

Thomas F. KANE, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 448, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016

Decided: March 17, 2016

AFFIRMED.

Efrain RIVERA, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 416, 2015

Supreme Court of Delaware.

Submitted: March 2, 2016

Decided: March 21, 2016

AFFIRMED.